Friday, July 01, 2011

Mr. E. Thomas Bishop
Bishop & Hummert, P.C.
5910 N. Central Expressway, Suite 1600
Dallas, TX 75206

Mr. William David George
Connelly Baker Wotring LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
Mr. Stephen Jeffrey Chapman
Chapman Law Firm
538 S. Tancahua
Corpus Christi, TX 78401

Mr. David O. Gonzalez
Law Offices of Baldemar Gutierrez
700 E. Third Street
Alice, TX 78332

RE: Case Number: 10-0096
 Court of Appeals Number: 04-08-00839-CV
 Trial Court Number: 06-08-44850

Style: LANCER INSURANCE COMPANY
 v.
 GARCIA HOLIDAY TOURS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. R. David |
| |Guerrero |
| |Mr. Keith E. Hottle|
| | |
| |Ms. Susan S. Vance |